IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: CORY CLAY LAVERGNE          CASE NO: 10-51469

**TRANSMITTAL AND DEPOSIT OF**
**UNCLAIMED FUNDS**

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the debtor(s)/creditor(s) last known address is as follows:

HSBC
% REDLINE RECOVERY SERVICES
6201 BONHOMME DR STE 150-S
HOUSTON, TX 77038

2.

Your Trustee's check for $8,424.36 payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this 18th day of July, 2013.

/s/ Keith A. Rodriguez
KEITH A. RODRIGUEZ
STANDING TRUSTEE CHAPTER 13
CHAPTER 13 TRUSTEE
P O BOX 3445
LAFAYETTE, LA 70502-3445
(337)233-4413